**Carl Franklin COOK, Appellant,**

v.

**ARKANSAS STATE POLICE; Arkansas Highway Police; Fifth Judicial District Drug Task Force, Pope County, Arkansas; Johnny Casto; William Kelly; Jay Winters; Scott Harper; Richard Hoffman; David Gibbons; Dale Swesey; Does, Jane and John, Appellees.**

No. 02–3749.

United States Court of Appeals, Eighth Circuit.

Submitted May 20, 2003.

Decided May 23, 2003.

Before MELLOY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Carl Franklin Cook appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, we agree with the district court that Cook stated only official-capacity claims for damages against defendant officials and that such claims are barred by the Eleventh Amendment. *See Murphy v. Arkansas*, 127 F.3d 750, 754–55 (8th Cir. 1997); *Treleven v. Univ. of Minn.*, 73 F.3d 816, 818 (8th Cir.1996). Further, the district court did not abuse its discretion in denying Cook leave to amend his complaint, as his proposed amended complaint did not correct the deficiencies of which he had been put on notice. *See Wisdom v. First Midwest Bank*, 167 F.3d 402, 409 (8th Cir.1999) (standard of review); *Bell v. Allstate Life Ins. Co.*, 160 F.3d 452, 454 (8th Cir.1998).

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.